[Nos. 37677-6-II; 37837-0-II.  Division Two.  December 29, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY T. FLOWERS, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 07-1-03739-1, James R. Orlando and Sergio Armijo, JJ., entered March 26, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.

[No. 38454-0-II.  Division Two.  December 29, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. K.C.R., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-8-00542-4, Roger A. Bennett, J., entered October 1, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, C.J., and Houghton, J.

[No. 38576-7-II.  Division Two.  December 29, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JAY R. MORRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 08-1-00328-1, Toni A. Sheldon, J., entered November 17, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 38705-1-II.  Division Two.  December 29, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES L. GRIFFIN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 08-1-00478-6, Dave Edwards, J., entered December 22, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.